This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40813**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**GUSTAVO PUENTES PEREZ,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Douglas R. Driggers, District Court Judge**

Raúl Torrez, Attorney General
Maris Veidemanis, Assistant Attorney General
Santa Fe, NM

for Appellant

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**DUFFY, Judge.**

**{1}**     The State of New Mexico appeals the district court's order granting Defendant's motion for mistrial. We entered a notice of proposed disposition, proposing to affirm. The State filed a response stating that "it will not be filing a memorandum in opposition." [MIO 1]

**{2}**     Accordingly, and for the reasons stated in our notice of proposed disposition, we affirm.

{3} IT IS SO ORDERED.

MEGAN P. DUFFY, Judge

WE CONCUR:

JENNIFER L. ATTREP, Chief Judge

J. MILES HANISEE, Judge